PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
Special Assistant United States Attorney
      601 E 12th Street, Suite 965
      Kansas City, MO 64106
      Telephone: (816) 936-5931
      Facsimile: (833) 950-3518
      Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SARA GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-CV-00332-EPG<br><br>STIPULATED TO REMAND AND ORDER |

    IT IS STIPULATED by and between Sara Garcia (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the medical evidence of record.  The parties further request that the Court direct the Clerk of the

Stip. to Remand; 1:21-CV-00332-EPG

Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 23rd day of March 2022.

Dated:  March 24, 2022                     */s/  Jonathan Omar Pena*
                                           JONATHAN OMAR PENA
                                           Attorney for Plaintiff
                                           *Authorized via e-mail on Mar. 23, 2022

Dated:  March 24, 2022                     PHILLIP A. TALBERT
                                           United States Attorney
                                           LISA A. THOMAS
                                           Regional Chief Counsel, Region VII
                                           Social Security Administration

                                      By:  */s/ SARAH E. PRESTON*
                                           SARAH E. PRESTON
                                           Special Assistant United States Attorney

                                           Attorneys for Defendant

Stip. to Remand; 1:21-CV-00332-EPG

**ORDER**

Based upon the parties' stipulation (ECF No. 18), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **March 24, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:21-CV-00332-EPG